UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN,<br>    #22306 | ) <br>) <br>) | |
| Plaintiff, | ) | 3:11-cv-00154-ECR-VPC |
| vs. | ) <br>) <br>) | **SCREENING ORDER** |
| STATE OF NEVADA, *et al.*, | ) <br>) | |
| Defendants. | ) | |

This is a prisoner civil rights action. Plaintiff has also filed a motion for preliminary injunction (docket #10).

Plaintiff, who is incarcerated at Ely State Prison ("ESP"), has sued the State of Nevada, the Nevada Department of Corrections ("NDOC") and NDOC former Director Howard Skolnik. While here plaintiff sues a different defendant, the courts notes that his claims directly relate to the claims he has set forth in 3:11-cv-00062-ECR-RAM, in which his complaint was dismissed with leave to file an amended complaint.

Accordingly, this action is dismissed as duplicative. If plaintiff files an amended complaint in 3:11-cv-00062-ECR-RAM, he must include all of his claims related to the allegedly inadequate amount of food provided to disciplinary segregation inmates at ESP.

1  With respect to plaintiff's motion for preliminary injunction (docket #10), the court notes that plaintiff alleges that he has received food that lacks adequate nutrition and calories to maintain health while in disciplinary segregation from November 2009 to present. Accordingly, plaintiff has not set forth any emergent factual allegations warranting the extraordinary relief of a preliminary injunction in this duplicative action.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the complaint (docket #1-2).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in WIIDEMAN V. STATE, 3:11-cv-00062-ECR-RAM.

**IT IS FURTHER ORDERED** that plaintiff's motion to strike 11th Amendment Defendants (docket #3) and motion for preliminary injunction (docket #10) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 28th day of March 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE